Argued and submitted July 7, reversed and remanded for reconsideration September 30, 1998

In the Matter of the Compensation of
Brian M. Eggman, Claimant.

## FRED MEYER, INC.,
*Petitioner,*

*v.*

## Brian M. EGGMAN,
*Respondent.*

(94-01068; CA A99809)

965 P2d 456

Tracy J. White argued the cause for petitioner. With her on the brief were Bruce L. Byerly and Sather, Byerly & Holloway.

Willard E. Fox argued the cause for respondent. With him on the brief was Allen, Stortz, Fox, Susee & Olson.

Before Riggs, Presiding Judge pro tempore, and Landau and Wollheim, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Intel Corporation v. Renfro*, 155 Or App 447, 963 P2d 173 (1998).